UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:22-mj-01067-MG |
| | ) | |
| THOMAS CADE MARTIN, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 5, 2023,**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Complaint filed on December 28, 2022. Defendant appeared in person and by counsel, Joseph Cleary. Government represented by AUSA Jim Warden. USPO represented by Richard Martinez.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the complaint.

Defendant knowingly and voluntarily waived his right to a preliminary hearing and probable cause found.

Government moved for pretrial detention and a hearing was scheduled.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of

charges, and contempt proceedings.

      Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Date: 1/5/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system