# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Thomas Cade Martin<br><br>*Defendant* | )<br>)  Case No.  1:22-mj-01067<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Thomas Cade Martin                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☑ Complaint
❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

Count 1: Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a)
Count 2: Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in vilation of 18 U.S.C. § 2252(a)(2)

Date:  12/28/22

*Mario Garcia*
*United States Magistrate Judge*
*Southern District of Indiana*

City and state:     Indianapolis, Indiana

---

**Return**

This warrant was received on *(date)* 12/28/2022 , and the person was arrested on *(date)* 1/5/2023
at *(city and state)*  Indianapolis, IN            .

Date:  1/5/2023

*Arresting officer's signature*

Special Agent Andrew N. Willman
*Printed name and title*