UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:22-mj-01067-MG |
| THOMAS CADE MARTIN | ) ) ) | |
| Defendant. | ) ) | |

> Waiver accepted. Hearing vacated. Defendant ordered detained pending trial.
> Dated: 10 JAN 2023
>
> *[signature]*
> Mark J. Dinsmore
> United States Magistrate Judge
> Southern District of Indiana

## DEFENDANT'S WAIVER OF DETENTION HEARING

Comes now the defendant and, having been advised by counsel of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. § 3142(f)(2)

Further, the defendant understands that he will be detained until time of trial.

*[signature]*

THOMAS CADE MARTIN
Defendant

1/10/23
Date

*[signature]*
Counsel for Defendant
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN  46204
317-383-3520

Distribution to all registered counsel by electronic notification via CM/ECF