UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. 1:22-mj-01067-MG |
| THOMAS CADE MARTIN, | ) ) ) |
| Defendant. | ) |

## MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE INDICTMENT

The United States of America, by counsel, Zachary A. Myers, United States Attorney, and Tiffany J. Preston, Assistant United States Attorney, requests an additional 60 days in which to present this case to a federal grand jury for indictment. In support of this request, the government proffers the following:

1. On December 29, 2022, a Criminal Complaint was filed against the defendant. He made an initial appearance on a Criminal Complaint charging him with Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a) and Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2)

2. Counsel for the government seeks a 60-day extension of the time period to obtain an indictment, understanding that an extension would be mutually beneficial to the parties and to the public, and given counsel's scheduled jury trial of February 7, 2023.

3. The defense does not object.

For the reasons above, the United States respectfully request an order from the Court authorizing an extension of the time in which an indictment or information must be returned in this matter to and including 3/20/2023.

                                Respectfully submitted,

                                ZACHARY A. MYERS
                                United States Attorney

By:   /s/ Tiffany J. Preston
        Tiffany J. Preston
        Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that January 19, 2023, a copy of the foregoing Agreed Motion for a 30-day Extension of Time to File Indictment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ Tiffany J. Preston
        Tiffany J. Preston
        Assistant United States Attorney
        10 West Market Street, Suite 2100
        Indianapolis, IN 46204
        (317) 226-6333