# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-MJ-01067-MG |
| v. | ) |
| | ) |
| THOMAS CADE MARTIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## APPEARANCE

Jonathan A. Bont, of the law firm Frost Brown Todd LLP, hereby enters his appearance as retained counsel on behalf of the Defendant, Thomas Cade Martin, in the above-entitled cause.

Respectfully submitted,

FROST BROWN TODD LLP

By: */s/ Jonathan A. Bont*
Jonathan A. Bont, # 28476-49
111 Monument Circle, Suite 4500
Indianapolis, IN  46204
Telephone:   (317) 237-3800
Facsimile:   (317) 237-3900
Email:   jbont@fbtlaw.com

Counsel for Defendant, Thomas Cade Martin

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed on March 3, 2023, through the Court's CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                           */s/ Jonathan A. Bont*
                                           Jonathan A. Bont

0153082.0767429   4867-8237-9092v1