UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CAUSE NO. 1:22-mj-01067-MG |
| | ) |
| THOMAS CADE MARTIN, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR A 30-DAY EXTENSION OF
TIME TO FILE INDICTMENT

The United States of America, by counsel, Zachary A. Myers, United States Attorney, and Tiffany J. Preston, Assistant United States Attorney, requests an additional 30 days in which to present this case to a federal grand jury for indictment. In support of this request, the government proffers the following:

1. On December 29, 2022, a Criminal Complaint was filed against the defendant. He made an initial appearance on a Criminal Complaint charging him with Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a) and Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2)

2. On January 19, 2023, counsel for the government requested a 60 day extension of time. (Dkt. 15) On January 20, 2023, the same was granted, extending the date to March 20, 2023. (Dkt. 16)

3. Counsel for the government seeks a 30-day extension of the time period to obtain an indictment, understanding that an extension would be mutually beneficial to the

parties and to the public. Such time will allow for more meaningful review of the forensic data.

4.  The defense does not object.

5.  Title 18, United States Code, Section 3161(b) requires that "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges." Certain periods of time may be excluded from this time period by a Court pursuant to Title 18, United States Code, Section 3161(h). One reason for acceptable excludable delay is:

> (8)(A)  Any period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

For the reasons above, the United States respectfully request an order from the Court authorizing an extension of the time in which an indictment or information must be returned in this matter to and including 4/3/2023.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:  /s/ Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that March 3, 2023, a copy of the foregoing Agreed Motion for a 30-day Extension of Time to File Indictment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333